**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 06 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RODOLFO VELASQUEZ, | No. 11-15090 |
| Plaintiff - Appellant, | D.C. No. 3:10-cv-01641-SI |
| v. | |
| CHASE HOME FINANCE LLC; FANNIE MAE, | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Susan Illston, District Judge, Presiding

Submitted December 19, 2011[**]

Before:    GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Rodolfo Velasquez appeals pro se from the district court's judgment

dismissing his action arising out of foreclosure proceedings. We have jurisdiction

under 28 U.S.C. § 1291. We review de novo. *Cervantes v. Countrywide Home*

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Accordingly, Velasquez's request for oral argument is denied.

*Loans, Inc.*, 656 F.3d 1034, 1040 (9th Cir. 2011).  We affirm.

We affirm for the reasons stated by the district court in its order entered on January 10, 2011, dismissing Velasquez's action.

Velasquez's remaining contentions are unpersuasive.

We do not consider Velasquez's contentions raised for the first time on appeal.  *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999).

**AFFIRMED.**